SARAH E. KELLY, Respondent, *v.* FRANKLIN B. BEERS, et al., as Executors of KATE V. BEERS, Deceased, Appellants, Impleaded with Another.

*Kelly* v. *Albany Trust Co.*, 124 App. Div. 99, affirmed.
(Argued December 14, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover the amount of a savings bank deposit standing in the name of the defendants' testator or the plaintiff and payable to either or to the survivor.

*William P. Rudd* and *Milton H. Merwin* for appellants.

*Andrew J. Nellis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.  Not sitting: CHASE, J.